UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES FOR THE
MICHIGAN CARPENTERS'
COUNCIL PENSION FUND,

        Plaintiff,

v.

        Case No. 1:10-cv-948

        HONORABLE PAUL L. MALONEY

UNITY CONSTRUCTION
COMPANY, INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Unity Construction Company, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Unity Construction Company, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: October 25, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge